**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 0 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS
CIVIL DIVISION

QUAKE LEWELLYN                                          *3:16-cv-00353 DPM/psh*                     PLAINTIFF

V.                                  CASE NO: CV-2016-193

SHELTER MUTUAL INSURANCE COMPANY                    This case assigned to District Judge___*MARSHALL*___                     DEFENDANT
                                and to Magistrate Judge___*HARRIS*___

<u>**NOTICE OF REMOVAL**</u>

Comes now Defendant, Shelter Mutual Insurance Company, by and through its attorneys, Womack Phelps Puryear Mayfield & McNeil, P.A., and for its Notice of Removal, states:

1.      Plaintiff, Quake Lewellyn, commenced this action when he filed his complaint on or about November 22, 2016, in the Circuit Court of Jackson County, Arkansas; said action was docketed as No. CV-2016-193. (See Exhibit A) Plaintiff also issued a summons to be served upon Defendant, Shelter Mutual Insurance Company (hereinafter "Shelter"). (See Exhibit B)

2.      On or about November 29, 2016, Plaintiff served Shelter with a summons and a copy of the complaint. Corporation Service Company, the agent for service of process for Shelter, accepted service of said documents on that date. (Exhibit C) All pleadings on file with the Circuit Clerk are contained within Exhibits A, B, and C.

3.      Plaintiff's causes of action against Shelter are for breach of a contract of insurance, and bad faith arising out of an insurance contract from October of 2016, in or near Newport, Jackson County, Arkansas. Plaintiff made a jury demand.

4.      This Court has jurisdiction under 28 U.S.C. §1332.

5.      Plaintiff is a citizen of Arkansas and resides in Jackson County, Arkansas.

6.      Shelter is a citizen of Missouri, a foreign corporation that is organized under the laws of the State of Missouri with its principal place of business located at 1817 W. Broadway, Columbia, Missouri 65218.

7.    Diversity of citizenship exists between Plaintiff and Defendant Shelter in this litigation.

8.    Plaintiff's suit is a civil action of which this Court has original jurisdiction, under 28 U.S.C. § 1332(a), because it is an action between citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), as shown in Plaintiff's Complaint, exclusive of interest and costs, which is in excess of the minimum amount required for diversity of citizenship jurisdiction in Federal Court.

9.    This cause of action may be removed to this Court, pursuant to 28 U.S.C. § 1441.

10.    This Court is the proper jurisdiction.

11.    The United States District Court, Eastern District of Arkansas, Jonesboro Division, embraces the county in which the State Court action was filed; thus, this Court is the proper venue.

12.    This notice of removal is timely filed, pursuant to 28 U.S.C. § 1446(b).

13.    Defendant has provided written notice of the filing of this notice of removal to Plaintiff and has filed a copy of this notice with the Clerk of the Circuit Court of Jackson County, Arkansas.

WHEREFORE, Defendant, Shelter Mutual Insurance Company, prays that this action be removed to the United States District Court, Eastern District of Arkansas, Jonesboro Division; that no further proceedings be had in the Circuit Court of Jackson County, Arkansas; and for all other relief to which it is entitled.

Respectfully submitted,

Mark Mayfield (Bar No. 93180)
WOMACK, PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
Post Office Box 3077
Jonesboro, Arkansas 72403
Phone: (870) 932-0900
Fax: (870) 932-2553
mmayfield@wpmfirm.com

By: _____
Attorneys for Defendant,
Shelter Mutual Insurance Company

## CERTIFICATE OF SERVICE

I certify that service of the above and foregoing pleading was made by mailing a copy of same to the following attorneys of record on this 20th day of December, 2016:

John D. Pettie
PETTIE & MEITZEN, PLLC
P.O. Box 1618
Newport, AR 72112

Mark Mayfield