**IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS**
**CIVIL DIVISION**

QUAKE LEWELLYN                                                    **PLAINTIFF**

VS.                        CASE NO.: *CV 2016-193*

SHELTER MUTUAL INSURANCE COMPANY                **DEFENDANT**

<u>**COMPLAINT**</u>

COMES now the Plaintiff, by and through his attorneys, Pettie & Meitzen, PLLC, and for

his Complaint against Defendant, states:

### I. VENUE & JURISDICTION

1.     That Plaintiff Quake Lewellyn (hereinafter "Plaintiff") is an individual and a

resident of Jackson County, Arkansas.

2.     That Defendant Shelter Mutual Insurance Company (hereinafter "Shelter") is a

foreign for-profit corporation conducting business in the state of Arkansas.

4.     That the act(s) and/or omission(s) which gave rise to this lawsuit occurred in

Jackson County, Arkansas.

6.     That, in light of the foregoing, this Court is the proper venue and has jurisdiction

over the subject matter and persons herein described.

### II. FACTS

7.     That the Plaintiff is engaged in row crop farming operations in Jackson County,

Arkansas.

**EXHIBIT**
*A*

8.     That Plaintiff obtained from Defendant and Defendant issued to Plaintiff a policy of insurance described as Inland Marine Policy No. 03-95-7877304-1, effective March 24, 2016, a copy of which is attached hereto as **Exhibit A** and incorporated herein by reference.

9.     That the afore-described policy included coverage for a John Deere 9870 STS Combine (hereinafter the "Combine").

10.    That on or around October 10, 2016, Plaintiff's Combine suffered extensive internal damage, the repair bill for which is currently $24,627.17.  An Invoice from Greenway Equipment, Inc., who conducted the repairs, is attached hereto as **Exhibit B** and incorporated herein by reference.

11.    That Defendant ascribed to the claim for the damage described in the preceding paragraph Claim No. PI0000001716990, and denied said claim, denying that coverage for the loss exists under the policy.

12.    Defendant has denied said claim despite having paid an identical claim, similar in dollar amount, in July of 2016 arising from an identical loss occurring in November of 2015 under a previous policy of insurance substantially similar to that now in force.

### III. COUNT ONE-BREACH OF CONTRACT

13.    That Defendant has engaged in a course of conduct and dealing sufficient to waive any policy provision under which it may now deny coverage for the present claim, and should be estopped from so denying the present claim.

14.    That despite Plaintiff's claim and request for re-consideration Defendant has twice denied Plaintiff's claim.

15.    That after the damage to the Combine on or around October 10, 2016, agents of Defendant assured Plaintiff that coverage existed and said claim should be paid by Defendant.

16.    That Plaintiff reasonably and necessarily relied upon the Defendant's past course of dealing and Defendant's agents' representations regarding coverage.

17.    That Defendant has improperly denied Plaintiff's claim for the loss, Plaintiff is damaged by said denial, and Defendant is therefore in material breach of contract.

18.    Therefore, Plaintiff should be awarded $24,627.17 for the loss, together with all other such damages, costs, expenses, fees, and interest allowable under the applicable law.

19.    Additionally, should Plaintiff prevail in this claim within 20% of the amount claimed, Plaintiff should be awarded 12% in additional damages per Ark. Code Ann. § 23-79-208(d).

## IV. COUNT TWO-TORT OF BAD FAITH

20.    That Defendant has wrongfully denied the Plaintiff full compensation under the policy.

21.    That Defendant knew or should have known that Plaintiff would rely on its past course of conduct and dealing under the policy and the representations of its agents.

22.    That the Defendant's behavior constitutes an attempt by the carrier to avoid its liability under the policy as agreed by the parties and solidified by past course of dealing.

23.    That because Defendant is a licensed insurer with agents in the State of Arkansas, Plaintiff reasonably relied upon its past course of dealing and the representations of its agents.

24.    That due to the Defendant's improper denial, Plaintiff has not been compensated for the loss, and is therefore injured in an amount equal to the total loss and other damages suffered.

25.    That Plaintiffs should be awarded compensatory damages in the amount of $24,627.17 for bad faith.

26.     That Defendants' conduct was willful or wanton and therefore punitive damages should be awarded in an amount exceeding the amount required for federal diversity jurisdiction for the tort of bad faith.

## V. REQUEST FOR JURY TRIAL / AMENDMENT

27.     That Plaintiff requests a trial by jury.

28.     That Plaintiff expressly reserves the right to amend this Complaint to assert or withdraw additional damage claims and causes of action as discovery progresses and additional facts and circumstances become known.

WHEREFORE, Plaintiff prays:

1)     for Judgment against Defendants in the amount of $24,627.17 representing the amount of loss due to the Plaintiff for the Defendant's acts which constituted;

     a)     breach of contract, and/or/ or alternatively;

     b)     bad faith;

2)     for an additional award of 12% on any sum adjudged by this Court that is within 20% of the amount claimed by Plaintiff on the policy per Arkansas Code Annotated § 23-79-208(d);

3)     for punitive damages in amount exceeding the amount which is required for federal diversity jurisdiction;

4)     for all incidental and consequential damages that are proven at trial;

5)     for pre-judgment and post-judgment interest at the highest rate permitted by law;

6)     for attorney's fees and costs; and for any and all other relief to which Plaintiff, may be entitled at law or equity, whether or not specifically prayed for herein.

*Respectfully submitted,*

Quake Lewellyn, Plaintiff
By his attorneys:

PETTIE & MEITZEN, PLLC
P.O. Box 1618
Newport, AR 72112
(870) 201-1600
(800) 350-1065 Fax
john@pettieandmeitzen.com

By: _____

John D. Pettie
Arkansas Bar No. 2009188

## **VERIFICATION**

STATE OF ARKANSAS

COUNTY OF JACKSON

I, Quake Lewellyn, Plaintiff herein, state upon oath that the statements contained in the above and foregoing pleading and all exhibits and attachments thereto are true and correct to the best of my knowledge and belief.

_____
Quake Lewellyn

SWORN AND SUBSCRIBED before me, a Notary Public, this 21st day of November, 2016.

_____
Notary Public

My Commission Expires:
9/17/23




**SHELTER
MUTUAL
INSURANCE
COMPANY**

UW 023186   P&CD032416

QUAKE LEWELLYN
127 VILLAGE CREEK DR
NEWPORT AR 72112-3063

**Policy Number:**   03-95-7877304-1
**Kind of Policy:**   Inland Marine

Important Messages

You now have the opportunity to reduce or stop receiving U.S. mail from Shelter.  If you would like to learn more about this, simply visit ShelterInsurance.com.  If you need help, please call 1-800-SHELTER (743-5837).

B-864.1-B

---

## "PERSONAL SERVICE IS OUR POLICY"

This policy is serviced by the SHELTER Agent whose name, address and phone number are conveniently shown on the Declarations.  If you have any questions or need service, contact your SHELTER Agent.

The Home Office of the company issuing your policy is:
SHELTER INSURANCE COMPANIES
1817 West Broadway
Columbia, MO 65218-0001
(573) 445-8441

If we at Shelter Insurance Companies fail to provide you with reasonable and adequate service, you may feel free to contact:

Arkansas Insurance Department
Consumer Service Division
1200 West Third
Little Rock, AR 72201
(501) 371-2640
(800) 852-5494

M-1053.3-M

---



This page intentionally left blank.



**Shelter Mutual Insurance Company**
**1817 W Broadway**
**Columbia, MO 65218**
**1-800-SHELTER (743-5837)**

## Inland Marine Insurance Policy Declarations

**Named Insured:**
QUAKE LEWELLYN
127 VILLAGE CREEK DR
NEWPORT AR 72112-3063

**Policy Number:** 03-95-7877304-1
**Effective Date:** 03-24-2016 (11:34 AM CST)
**Expiration Date:** 03-24-2017 (12:01 AM CST)

**Agent:** VAN MARK MANNING
03-0E421-71
1400 MALCOLM ST
P O BOX 648
NEWPORT AR 72112
870-523-6514

These Declarations are part of your policy and replace all prior Declarations.

| Coverages | Limits | Premium |
|---|---|---|
| Combines or Cotton Pickers (Coinsurance 80%) | $305,500 | |

*Refer to the actual policy forms to determine how the deductible will apply.*

| Item Description | Limits | Deductible | Premium |
|---|---|---|---|
| COMBINE-HARVESTER - FARM EQUIPMENT, COMBINE/HARVESTOR, 2009, JOHN DEERE, D730548, 630 JD DRAPER HEADER IM-850(ED 1.0) | $44,000 | $1,000 | |
| COMBINE-HARVESTER - FARM EQUIPMENT, COMBINE/HARVESTOR, 2007, J&M, 8456, GC1107 GRAIN CART IM-850(ED 1.0) | $17,500 | $1,000 | |
| COMBINE-HARVESTER - FARM EQUIPMENT, COMBINE/HARVESTOR, 2014, BATCO, 20697, BATCO 1800 PIT STOP HYDRAULIC DRIVE IM-850(ED 1.0) | $15,000 | $1,000 | |
| COMBINE-HARVESTER - FARM EQUIPMENT, COMBINE/HARVESTOR, 2011, JOHN DEERE 9870 STS, SEB0740765 IM-850(ED 1.0) | $229,000 | $1,000 | |

**Total for Term (This is Not a Bill):** $3,513.00

| Policy forms and additional endorsements attached to this policy | Number |
|---|---|
| Farm Machinery Scheduled Coverage | IM-850(ED 1.0) |
| Common Policy Conditions | CL-100 (10-84) |
| Amendatory Endorsement | CL-300(ED 1.0) |
| Mutual Policy Notification | S-18-S |
| Amendatory Endorsement – Arkansas | IM 0910 (05-00) |
| Premium Refund - Pro Rata | I-103 |

AAIS
CL 0445 04 04
Page 1 of 1

This endorsement changes
the policy
— PLEASE READ THIS CAREFULLY —

## AMENDATORY ENDORSEMENT — ARKANSAS

1.  Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

    **Cancellation and Nonrenewal** — "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". Proof of delivery or mailing is sufficient proof of notice.

    If this policy has been in effect 60 days or less, "we" may cancel for any reason. "We" will give "you" notice at least ten days before cancellation is effective.

    If the policy has been in effect more than 60 days or if it is a renewal of a policy issued by "us", "we" may cancel only on an anniversary date unless:

    a.  the premium has not been paid when due;

    b.  there has been fraud or material misrepresentation made by "you" or with "your" knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

    c.  there has been a material change or increase in hazard of the risk;

    d.  there has been violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or the occupancy thereof

    which substantially increases any hazard insured against under the policy; or

    e.  there has been a material violation of a material provision of the policy.

    "We" will give "you" notice at least ten days before cancellation is effective if "we" cancel this policy for nonpayment of premium. If "we" cancel this policy for any other reason after it has been in effect for more than 60 days, "we" will give "you" notice at least 20 days in advance of cancellation.

    If "we" do not renew this policy, "we" will give "you" notice at least 30 days before nonrenewal is effective.

    "Your" return premium, if any, will be calculated on a pro rata basis and will be refunded at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

2.  Under Common Policy Conditions, the following condition is added:
    **Renewal** — If "we" intend to renew this policy, "we" will provide "you", and "your" agent of record, a written or electronic offer of renewal at least 30 days prior to the expiration of the policy's existing term. The offer of renewal will include the new premium and provide a description of any change in deductible or policy provisions in the renewal policy.

    CL 0445 04 04

Copyright, American Association of Insurance Services, Inc., 2004

| Policy forms and additional endorsements attached to this policy | Number |
| --- | --- |
| Amendatory Endorsement - Arkansas | CL 0445 (04-04) |

**Loss Payee**
FIRST NATIONAL BANK
PO BOX 1660
JONESBORO AR 72403-1660

**Loss Payee**
Loan Number: 1409206
AGCO FINANCE
PO BOX 3000
JOHNSTON IA 50131-0300

**Loss Payee**
CNH CAPITAL LLC
PO BOX 3600
LANCASTER PA 17604-3600

**Loss Payee**
FIRST NATIONAL BANK
PO BOX 1660
JONESBORO AR 72403-1660

(For Office Use Only)
Transaction: P.C.
H. O. CODE: 3,513.00
Policy ID: 42003790024      Date Issued:   03-24-2016
Policy Term: One Year               '02182016'
County: 67

I-86.2-I

**End of Declarations**

**- PLEASE READ THIS CAREFULLY -**

**FARM MACHINERY - COVERAGE A**

**AGREEMENT**

Subject to all the **terms** that apply **we** provide the coverage described below. In return **you** must pay the required premium. This coverage is also subject to the **declarations** and policy **terms** that relate to cancellation, changes made to the policy, examinations of books and records, inspections and surveys and

assignment or transfer of rights and duties.

Endorsements and schedules may also apply. These are identified on the **declarations.**

**DEFINITIONS**

Certain words have special meaning. These words are shown in **"bold type."**

1.  The words **you** and **your** mean the person, persons or organization named as the insured on the **declarations.**

2.  The words **we**, **us** and **our** mean the company providing this coverage.

3.  **Insured** means **you.** With respect to covered property, if the **insured** is a person, the word **insured** also means:

    a.  **your** spouse;
    b.  **your** relatives if residents of **your** household; or
    c.  persons under the age of 21 in **your** care or the care of **your** resident relatives.

4.  **Actual cash value** - **Actual cash value** includes a deduction for depreciation, however caused.

5.  **Basic territory** means within 100 miles of the location where covered property is normally stored.

6.  **Declarations** are all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this coverage.

7.  **Terms** are all provisions, limitations, exclusions, conditions and definitions that apply.

**PROPERTY COVERED**

**We** cover:

1.  those described items for which a limit of coverage is shown on the **declarations.**

2.  **your** unlisted mobile farm machinery and equipment including

tools, accessories and spare parts but only if a limit of coverage is shown for this property.

Property is covered only:

1.  during the policy period shown on the **declarations**; and

2.  while it is in the **basic territory.** However, the 100 mile limit does not apply if the covered property is being transported by land on **your** vehicles to or from the place where such property is bought, sold, serviced or repaired.

**ADDITIONAL COVERAGES**

The coinsurance provision does not apply to these additional coverages.

**Newly Acquired Property** - **We** cover mobile farm machinery and equipment that **you** acquire during the policy period which are not replacement items. This property must be reported to **us** within 30 days from the date **you** acquire it. Coverage will cease for property not reported to **us** during this 30-day period. Premium will be charged from the date that **you** acquire the property. **We** cover these items for their **actual cash value.** The most that **we** will pay for all such items is 25 percent of the total limit of coverage shown on the **declarations** for all covered items.

This coverage will end at the earliest of the following:

1.  when the newly acquired items are reported to **us.**

2.  the end of the reporting period shown above.

3.  the expiration date of the policy period shown on the **declarations.**

**Replacement Items** - **We** cover mobile farm machinery and equipment acquired during the policy period to replace items that are covered. **We** cover these replacement items for a period up to 30 days after they are acquired. **You** must provide **us** with a complete description of each replacement item and pay any additional premium. For 30 days after **you** acquire the item, the most that **we** will pay is the smaller of the following:

1.  the limit of coverage shown on the **declarations** for the item replaced plus an additional amount up to $50,000.

2.  the **actual cash value** of the item.

If **you** do not report these items to **us** within the 30-day period and pay the additional premium, the most that **we** will pay for these items is the limit of coverage shown for the items they replaced.

IM-850 Ed 1.0                    (Continued on Next Page)                    **AAIS**
Copyright MCMXCII, American Association of Insurance Services

This coverage will end at the earlier of the following:

1. when the replacement item is reported to us.

2. the expiration date of the policy period shown on the declarations.

## PROPERTY EXCLUDED

We do not cover:

1. self-propelled vehicles that are designed or licensed for highway use.

2. aircraft.

3. watercraft.

4. recreational vehicles.

5. tires or tubes mounted on vehicles. We do cover tires and tubes mounted on covered vehicles if:

   a. the loss is caused by fire, windstorm, theft or vandalism; or

   b. the loss is caused by a covered peril which also damages the vehicle.

6. sound receiving and recording or sound receiving and transmitting equipment installed in or on farm machinery including tapes, discs, records, wire, media or accessories, antennas and other items used with these instruments.

## PERILS COVERED

We cover risks of direct physical loss to covered property unless the loss is caused by a peril that is excluded. The loss must be due to an external cause.

## PERILS EXCLUDED

We do not pay for a loss if one or more of the perils excluded in parts 1 and 2 below apply to the loss. Such losses are excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as or after the excluded peril.

1. We do not pay for a loss caused by or that results from:

   a. a dishonest act committed alone or in collusion with another by:

      1) an insured;
      2) others who have an interest in the property;
      3) others to whom an insured entrusts the property; or
      4) the employees or agents of 1, 2 or 3, whether or not they are at work.

   We do cover loss caused by dishonest acts by carriers or other bailees for hire.

b. a process to repair, adjust, service or maintain the covered property. If a fire or explosion results, we do cover the loss caused by the fire or explosion.

c. electrical currents, other than those caused by lightning that damage an electrical apparatus or its wiring. This exclusion applies only to the property in which the current is generated or through which it passes. If a fire or explosion results, we do cover the loss caused by the fire or explosion.

d. foreign objects that are picked up and taken into farm machinery.

e. contact between a tractor and an implement while:

   1) the implement is being hitched to or unhitched from the tractor; or

   2) the implement is being towed by the tractor.

f. war. This means:

   1) declared war, undeclared war, civil war, insurrection, rebellion or revolution;

   2) a warlike act by a military force or by military personnel;

   3) the destruction, seizure or use of the property for a military purpose; or

   4) the discharge of a nuclear weapon even if it is accidental.

g. civil authority. This means:

   1) seizure or destruction under quarantine or customs regulations;

   2) risks of contraband or illegal transportation or trade; or

   3) confiscation or destruction by order of a government or public authority. We do pay for loss which results from acts of a civil authority to prevent the spread of fire.

h. nuclear hazard. This means nuclear reaction, nuclear radiation or radioactive contamination whether controlled or uncontrolled. We do not pay for a loss that results from these perils even if it is caused by, contributed to or aggravated by a peril covered by this policy. A loss caused by these perils will not be considered to be a loss caused by fire, explosion or smoke. If fire is covered by this policy, we do cover the loss caused by a fire that results from the nuclear hazard.

2. We do not pay for a loss that results from and which is confined to the following perils:

   a. normal wear and tear of covered property.
   b. gradual deterioration of covered property.

IM-850 Ed 1.0                    (Continued on Next Page)                    AAIS

Copyright MCMXCII, American Association of Insurance Services

c. hidden or latent defect in covered property.

d. a quality, fault or weakness in covered property that causes it to damage or destroy itself.

e. faulty workmanship or materials.

f. dampness or dryness of atmosphere.

g. corrosion or rust.

h. mechanical breakdown or failure of covered property. This includes rupture or bursting by centrifugal force.

## WHAT MUST BE DONE IN CASE OF LOSS

**Protect the Property** - You must take all reasonable steps to protect or recover covered property after a loss has occurred. The expenses in doing so will be shared by you and by us according to the interests of each. You must keep a record of these expenses.

**Notice** - You must promptly notify us or our agent in the event of a loss. If requested the notice must be in writing. You must promptly notify the police if the loss may have been the result of a violation of the law.

**Proof of Loss** - You must send us, within 90 days after our request, a signed, sworn proof of loss which contains the information we request. We will send you the necessary forms.

**Examination Under Oath** - As often as we may reasonably request, you must:

1. agree to examinations under oath.

2. help us to obtain examinations under oath by others to the extent that it is possible.

If more than one person is examined, we have the right to examine and receive statements from each while they are not in the presence of others.

**Records** - You must provide us with all records that relate to value, loss and cost, and permit copies and abstracts to be made from them.

**Damaged Property** - You must permit us to inspect the damaged property before it is disposed of or repaired.

**Volunteer Payments** - You must not make a voluntary payment, pay or offer any rewards, or incur other expenses except at your own expense.

**Cooperation** - You must cooperate with us in performing all acts required by this coverage.

## HOW MUCH WE PAY

**Valuation** - Valuation is based on the actual cash value of the property at the time of loss.

**The Amount We Pay** - The smallest of the amounts shown below is the most we will pay for a loss:

1. that part of the loss over the deductible shown on the **declarations**.

2. the amount determined under "Valuation."

3. the cost to repair, replace or rebuild the property with material of like kind and quality.

4. the amount of your insurable interest in the property.

5. the applicable limits of coverage shown on the **declarations**.

## CONDITIONS THAT AFFECT LOSS PAYMENT

**Deductible** - The deductible amount shown on the **declarations** will apply to each loss.

**Coinsurance** - You must maintain a minimum limit of coverage for each covered item in order to collect the full amount of a loss. This minimum limit is the full **actual cash value** of the covered item at the time of loss multiplied by the coinsurance percentage shown on the **declarations**. If, at the time of loss, the limit shown on the **declarations** is less than the minimum limit required, we will pay only a part of the loss. The part of the loss that we will pay will be determined by dividing the limit shown by the minimum limit required. This percentage will be applied to the adjusted loss to determine the amount that we will pay.

**Loss to Parts** - If there is a loss to a part of an item that consists of several parts when it is complete, we will pay only for the value of the lost or damaged part or the cost to repair or replace it.

**Other Insurance** - If a loss covered by this coverage is also covered by other insurance, we will pay only a part of the loss. We will pay that part of the loss that the limit of this coverage bears to the total amount of insurance that applies to the loss.

**Two or More Coverages** - If more than one coverage applies to a loss we will pay no more than the actual amount of the loss.

**Restoration of Limits** - A loss we pay under this coverage does not reduce the applicable limit of coverage unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item we will refund the unearned premium on that item.

**Abandonment** - You may not abandon the property to us without our written consent.

## LOSS PAYMENT

**Our Options** - We may:

1. pay the loss in money; or

2. repair, replace or rebuild the property. We must give you notice of our intent to do so within 30 days after we have received a satisfactory proof of loss.

IM-850 Ed 1.0                         (Continued on Next Page)                         AAIS
Copyright MCMXCII, American Association of Insurance Services

3. take all or part of the damaged property at the agreed or appraised value. Property paid for or replaced by us becomes ours.

**When We Pay - We** will pay or make good a covered loss within 30 days after:

1. a satisfactory proof of loss is received and the amount of the loss has been agreed to in writing;

2. an appraisal or arbitration award has been filed; or

3. a final judgment has been entered.

**We** will not pay for or make good that part of a loss which has been paid or made good by others.

**Property of Others -** If the loss involves property that belongs to others while it is in **your** care, custody or control, **we** have the right to:

1. settle the loss with **you**.

2. settle the loss with the owner of the property. Payment to the owner of the property will satisfy **our** obligation to **you** for loss to this property.

3. provide for a defense if legal proceedings arising out of a loss to covered property are brought against an **insured**. The expense of this defense, if **we** provide it, will be at **our** cost. It will not reduce the applicable limits of coverage provided.

### CLAIMS AGAINST OTHERS

**Subrogation -** If **we** pay for a loss, **we** may require **you** to assign to **us your** right of recovery against others. **You** must do all that is necessary to secure **our** rights. **We** will not pay for a loss if **you** impair this right to recover. **You** may waive **your** right to recover from others in writing before a loss occurs.

**Recoveries - You** must inform **us** or **we** must inform **you** if either receives a recovery for a loss **we** have paid. A recovery or salvage on a loss **we** have paid will be entirely to **our** benefit until the sum **we** have paid has been made good.

### DISAGREEMENTS

**Appraisal -** If **you** and **we** do not agree as to the value of the property or the amount of the loss, **you** and **we** will each select a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they do not agree on an umpire, the two appraisers will ask a judge of a court of record of the state in which the appraisal is pending to make the selection. The written agreement of any two of these three will be binding and set the amount of the loss. **You** will pay

the expense of **your** appraiser and **we** will pay for **ours**. **You** and **we** will share equally the expense of the umpire and the other expenses of the appraisal.

**Suit Against Us -** No one may bring a legal action against **us** under this coverage unless:

1. all of the **terms** of this coverage have been complied with; and

2. the suit has been brought within two years after **you** first have knowledge of the loss.

### OTHER COVERAGE CONDITIONS

**Conformity to Statute -** When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

**Misrepresentation, Concealment or Fraud -** This coverage is void if before or after a loss:

1. an **insured** has concealed or misrepresented:

     a. a material fact or circumstance that relates to this coverage or the subject thereof; or

     b. an **insured's** interest therein.

2. there has been fraud or false swearing by an **insured** with regard to a matter that relates to this coverage or the subject thereof.

**Liberalization -** If a revision of a form or endorsement which would broaden coverage without an additional premium is adopted during the policy period, or within six months before this coverage is effective, the broadened coverage will apply.

**Benefit to Others -** This coverage shall not directly or indirectly benefit others who have custody of covered property.

**Estates -** This provision does not apply if the **insured** is an organization.

On **your** death, **we** will cover the following as an **insured**:

1. the person who has custody of **your** property until a legal representative is qualified and appointed; or

2. **your** legal representative.

This person or organization is an **insured** only with respect to property covered by this coverage.

This coverage does not extend past the policy period shown on the **declarations**.

IM-850 Ed 1.0                                 **AAIS**

Copyright MCMXCII, American Association of Insurance Services

CL-100
(Ed. 10-84)
AAIS

## COMMON POLICY CONDITIONS

1. **Assignment** — This policy is void if it is assigned without **our** written consent.

2. **Cancellation** — **You** may cancel this policy by returning it to **us** or by giving **us** a written notice and stating at what future time coverage is to cease.

   **We** may cancel this policy, or one or more of its parts, by giving **you** a written notice of at least 10 days before the cancellation is to take effect. The notice will state the time that the cancellation is to take effect. The notice will be sent to **your** mailing address last known to **us**.

   **Your** return premium, if any, will be calculated according to **our** rules. It will be refunded to **you** with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification or Waiver of Policy Terms** — A change or waiver of **terms** of this policy must be issued by **us** in writing to be valid.

4. **Inspections** — **We** have the right, but are not obligated to inspect **your** property and operations. This inspection may be made by **us** or may be made on **our** behalf. An inspection or its resulting advice or report does not warrant that **your** property or operations are safe, healthful or in compliance with laws, rules or regulations. Inspections or reports are for **our** benefit only.

5. **Examination of Books and Records** — **We** may examine and audit **your** books and records that relate to this policy during the policy period and within three years after the policy has expired.

CL-100
AAIS

© Copyright 1984

12/16/2016 4:52 PM FAX

## AMENDMENT ENDORSEMENT

The reference to words that have special meaning is deleted and replaced by the following:

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

---

**CL-300 Ed 1.0**
**AAIS**                     Copyright MCMXCIV, American Association of Insurance Services

## MUTUAL POLICY NOTIFICATION

In this notice:
1. **Declarations** means only the part of this policy designated as such.
2. **Named insured** means only the persons listed as such in the **Declarations**; and does not include those listed under other headings unless they are also listed as **named insureds**.

Notice
If the company named in the **Declarations** is Shelter Mutual Insurance Company, all **named insureds** are hereby notified that it has special regulations applicable to its organization, membership, policies, or contracts of insurance; and the following notice is made a part of this policy:

All **named insureds** are members of the Shelter Mutual Insurance Company of Columbia, Missouri, and are entitled to vote either in person or by proxy at all meetings of that company. The company's annual meeting is held at its home office in Columbia, Missouri, on the first Wednesday in April of each year at 10 o'clock a.m. local time.

All interest of any **named insured** in the Shelter Mutual Insurance Company, its goodwill, assets, and guaranty fund, cease when this policy terminates; except as to any claims that an **insured** may then have under this policy, and any unearned part of the deposit premium. This policy is nonassessable.

All **named insureds** are members of the Shelter Mutual Insurance Company and may participate in the distribution of dividends as the company's Board of Directors determines according to the laws of the state of Missouri.

IN WITNESS WHEREOF, the company named in the **Declarations** has caused this policy to be signed by its President and Secretary.

*Randa Rawlins*

Secretary

*Rick Means*

President and CEO

S-18-S

AAIS
IM 0910 05 00
Page 1 of 1

This endorsement changes
the policy
**— PLEASE READ THIS CAREFULLY —**

## AMENDATORY ENDORSEMENT – ARKANSAS

1. Under Claims Against Others, the following addition amends Subrogation:

   If "you" assign to "us" the rights of recovery and "we" recover from another party, "we" will make "you" whole before recovering for "our" loss.

2. Under Disagreements, the following addition amends Appraisal:

   This provision is non-binding on both parties and will apply only if "you" and "we" voluntarily agree to appraisal.

3. Under Disagreements, Suit Against Us is deleted and replaced by:

Suit Against Us — No one may bring a legal action against "us" under this coverage unless:

1. all of the "terms" of this coverage have been complied with; and

2. the suit has been brought within five years after the loss.

4. Under What Must Be Done In Case Of Loss, the following addition amends Proof of Loss:

   If "you" report a loss to "us", "we" will send "you" the necessary forms within 20 days after "you" first report the loss.

IM 0910 05 00
Copyright, American Association of Insurance Services, 2000

## PREMIUM REFUND – PRO RATA

Your return premium, if any, will be calculated on a pro rata basis and will be refunded at the time of cancellation or as soon as practical thereafter. Payment or tender of the unearned premium is not a condition of cancellation.

I-103





*Helping You Cultivate Success*
PO Box 1830
304 Hwy 387 N
Newport, AR 72112
Phone: (870) 523-2781
Fax:    (870) 523-1069
www.gogreenway.com

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

**JOHN DEERE**

| Invoice To Account No: 100002920 | Deliver To: ★☆★PROFORMA INVOICE★★★ | **SERVICE INVOICE** |
|---|---|---|

| Quake Lewellyn Farms<br>QUAKE LEWELLYN<br>127 VILLAGE CREEK<br>NEWPORT AR 72112 | Quake Lewellyn Farms<br>NEWPORT AR 72112 | Invoice Number:<br>Invoice Date: 10/18/2016<br>Location: 1<br>Work Order Number: 337733<br>Payment Type: Account |
|---|---|---|
| Bus Phone: 8708646474<br>Prv Phone: | Bus Phone: 8708646474<br>Prv Phone: | Page: 1 of 8 |

| Make/Model: | | Meter | Serial Number: | EQ Id: | Fleet No: |
|---|---|---|---|---|---|
| JOHN DEERE 9870 | | 1700 | 1H9870SEB0740765 | 740765 | |

Service Reminders:
**/DELEC  Retail**

COMPLAINT:

check shaker system

CAUSE:

CORRECTION:

DIAGNOSING PROBLEMS-ELECTRICAL PROBLEMS

**Miscellaneous Charges:**

| Labor: $345.00 | Parts: $0.00 | OL&M: $0.00 | Misc: $0.00 | Sub-Total: $345.00 |
|---|---|---|---|---|

**/WELDING -F-0011077  Retail**

COMPLAINT:

02 WELDING EQUIPMENT

CAUSE:

CORRECTION:

WELDING EQUIPMENT

**Miscellaneous Charges:**

| Labor: $460.00 | Parts: $0.00 | OL&M: $0.00 | Misc: $0.00 | Sub-Total: $460.00 |
|---|---|---|---|---|

**/RRCHAFFERFRAME  Retail**

COMPLAINT:

03 REMOVE AND REPLACE CHAFFER FRAME ALL  COMBINES (2 TECHS REQUIRED)
REMOVE AND REPLACE CHAFFER FRAME ALL COMBINES (2 TECHS REQUIRED)
DISCONNECT TAILBOARD ELECTRICAL HARNESS
REMOVE TAILBOARD ASSEMBLY
RELEASE LATCH AND LIFT SHIELD TO REMOVE PINS
DISCONNECT SENSOR AND REMOVE CONNECTOR FROM CLAMP-S ON EITHER
LOOSEN IDLER TENSIONER
REMOVE STRAW CHOPPER DRIVE BELT







JOHN DEERE

*Helping You Cultivate Success*
PO Box 1850
304 Hwy 367 N
Newport, AR 72112
Phone: (870) 523-2781
Fax: (870) 523-1039
www.gogreenway.com

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

**SERVICE INVOICE**

Invoice To Account No: 100002920    Deliver To: ***PROFORMA INVOICE***

| Quake Lewellyn Farms | Quake Lewellyn Farms | Invoice Number: | |
| QUAKE LEWELLYN | NEWPORT AR 72112 | Invoice Date | 10/18/2016 |
| 127 VILLAGE CREEK | | Location: | 1 |
| NEWPORT AR 72112 | | Work Order Number: | 337733 |
| | | Payment Type: | Account |
| Bus Phone: 8706646474 | Bus Phone: 8706646474 | | |
| Prv Phone: | Prv Phone: | Page: | 2 of 8 |

| Make/Model: | | Meter | Serial Number: | EQ Id: | Fleet No: |
|---|---|---|---|---|---|
| JOHN DEERE 9870 | | 1700 | 1H9870SEB0740765 | 740765 | |

Service Reminders:
SUPPORT STRAW CHOPPER ASSEMBLY
DISCONNECT ACTUATOR AT ROD END
REMOVE STRAW CHOPPER
DISCONNECT WIRE CONNECTOR FROM CHAFFER
REMOVE QUICK LOCK PINS
REMOVE OPEN AIR CHUTES
REMOVE AGITATORS
REMOVE CHAFFER RETAINING BOLTS AND SPRINGS
REMOVE CHAFFER ELEMENT THROUGH REAR OF MACHINE
INSPECT CHAFFER FOR DAMAGE
REMOVE QUICK LOCK PINS FROM FRONT CHAFFER
REMOVE AIR CHUTES FROM FRONT CHAFFER
REMOVE AGITATORS FROM FRONT CHAFFER
REMOVE FRONT CHAFFER THROUGH REAR OF MACHINE
DISCONNECT WIRING CONNECTOR FROM SIEVE
REMOVE ACTUATOR COVER
REMOVE SIEVE RETAINING HARDWARE
REMOVE SIEVE THROUGH REAR OF MACHINE
INSPECT FOR DAMAGE
ATTACH SUPPLIED CHAFFER SIDESHEET AND RETAIN WITH SUPPLIED SOCKET HEAD CAP SCREWS
ATTACH SUPPLIED FRONT SEAL AND ATTACH WITH SUPPLIED RIVETS
REPEAT STEPS ON OPPOSITE SIDE OF CHAFFER
INSTALL CHAFFER FRAME IN REVERSE ORDER OF REMOVAL USING REPLACEMENT SWING ARM HARDWARE
CALIBRATE CHAFFER AND SIEVE OPENINGS
(TWO TECHS REQUIRED)


CAUSE:


CORRECTION:

REMOVE AND REPLACE CHAFFER FRAME ALL COMBINES (2 TECHS REQUIRED)
REMOVE AND REPLACE CHAFFER FRAME ALL COMBINES (2 TECHS REQUIRED)
DISCONNECT TAILBOARD ELECTRICAL HARNESS
REMOVE TAILBOARD ASSEMBLY
RELEASE LATCH AND LIFT SHIELD TO REMOVE PINS
DISCONNECT SENSOR AND REMOVE HARNESS FROM CLAMPS ON CHOPPER
LOOSEN IDLER TENSIONER
REMOVE STRAW CHOPPER DRIVE BELT
SUPPORT STRAW CHOPPER ASSEMBLY
DISCONNECT ACTUATOR AT ROD END
REMOVE STRAW CHOPPER
DISCONNECT WIRE CONNECTOR FROM CHAFFER
REMOVE QUICK LOCK PINS
REMOVE OPEN AIR CHUTES
REMOVE AGITATORS
REMOVE CHAFFER RETAINING BOLTS AND SPRINGS





JOHN DEERE

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

*Helping You Cultivate Success*
PO Box 1630
304 Hwy 367 N
Newport, AR 72112
Phone: (870) 523-2781
Fax: (870) 523-1058
www.gogreenway.com

| Invoice To Account No: 100002920 | Deliver To: | * * * PROFORMA INVOICE * * * | **SERVICE INVOICE** |
|---|---|---|---|

| | | |
|---|---|---|
| Quake Lewellyn Farms<br>QUAKE LEWELLYN<br>127 VILLAGE CREEK<br>NEWPORT AR 72112<br><br>Bus Phone: 8706646474<br>Prv Phone: | Quake Lewellyn Farms<br>NEWPORT AR 72112<br><br><br><br>Bus Phone: 8706646474<br>Prv Phone: | Invoice Number:<br>Invoice Date: 10/18/2016<br>Location: 1<br>Work Order Number: 337733<br>Payment Type: Account<br><br>Page: 3 of 8 |

| Make/Model: | Meter | Serial Number: | EQ Id: | Fleet No: |
|---|---|---|---|---|
| JOHN DEERE 9870 | 1700 | 1H9870SEB0740765 | 740765 | |

Service Reminders:
REMOVE CHAFFER ELEMENT THROUGH REAR OF MACHINE
INSPECT CHAFFER FOR DAMAGE
REMOVE QUICK LOCK PINS FROM FRONT CHAFFER
REMOVE AIR CHUTES FROM FRONT CHAFFER
REMOVE AGITATORS FROM FRONT CHAFFER
REMOVE FRONT CHAFFER THROUGH REAR OF MACHINE
DISCONNECT WIRING CONNECTOR FROM SIEVE
REMOVE ACTUATOR COVER
REMOVE SIEVE RETAINING HARDWARE
REMOVE SIEVE THROUGH REAR OF MACHINE
INSPECT FOR DAMAGE
ATTACH SUPPLIED CHAFFER SIDESHEET AND RETAIN WITH SUPPLIED SOCKET HEAD CAP SCREWS
ATTACH SUPPLIED FRONT SEAL AND ATTACH WITH SUPPLIED RIVETS
REPEAT STEPS ON OPPOSITE SIDE OF CHAFFER
INSTALL CHAFFER FRAME IN REVERSE ORDER OF REMOVAL USING REPLACEMENT SWING ARM HARDWARE
CALIBRATE CHAFFER AND SIEVE OPENINGS
(TWO TECHS REQUIRED)

| Part Number | Description | Quantity | Net Price | Extended Price | Taxed Ind |
|---|---|---|---|---|---|
| 14M7296 | M10 GR10.9 FLANGE HEX NUT | 15.00 | 1.07 | $16.05 | Y |
| 14M7298 | M8 GR10.9 FLANGE HEX NUT | 4.00 | 1.22 | $4.88 | Y |
| 14M7299 | M12 GR10.9 FLANGE HEX NUT | 6.00 | 1.43 | $8.58 | Y |
| 14M7398 | LOCK NUT | 5.00 | 1.45 | $7.25 | Y |
| 19M7784 | M10X20 GR10.9.9 FLANGE BOLT FT | 4.00 | 1.57 | $6.28 | Y |
| 19M7786 | M10X30 GR10.9.9 FLANGE BOLT FT | 6.00 | 1.02 | $6.12 | Y |
| 19M7820 | M12X100 GR10.9.9 FLANGE BOLT | 2.00 | 6.38 | $12.76 | Y |
| 19M7897 | M8X35 GR10.9.9 FLANGE BOLT FT | 8.00 | 1.10 | $8.80 | Y |
| AH165012 | MOUNTING P | 4.00 | 30.39 | $121.56 | Y |
| AH204607 | WIRING HAR | 1.00 | 202.43 | $202.43 | Y |
| AH223322 | ACTUATOR | 2.00 | 637.30 | $1,274.60 | Y |
| AXE17210 | Deflector | 1.00 | 682.99 | $682.99 | Y |
| AXE20455 | CHAFFER | 1.00 | 1,223.81 | $1,223.81 | Y |
| H132161 | FINGER | 2.00 | 52.82 | $105.64 | Y |
| H154928 | BOLT | 2.00 | 6.36 | $12.72 | Y |
| H222400 | SEAL | 1.00 | 82.92 | $82.92 | Y |
| H224488 | Partition | 3.00 | 132.67 | $398.01 | Y |
| L100741 | Rivet | 2.00 | 1.26 | $2.52 | Y |
| M64720 | RIVET | 25.00 | 0.86 | $21.50 | Y |





**GREENWAY** EQUIPMENT, INC.

*Helping You Cultivate Success*
PO Box 1850
304 Hwy 367 N
Newport, AR 72112
Phone: (870) 523-2781
Fax:   (870) 523-1059
www.gogreenway.com

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

**JOHN DEERE**

**SERVICE INVOICE**

| Invoice To Account No: 100002920 | Deliver To: *** PROFORMA INVOICE *** | |
|---|---|---|

| Quake Lewellyn Farms | Quake Lewellyn Farms | Invoice Number: | |
| QUAKE LEWELLYN | NEWPORT AR 72112 | Invoice Date | 10/18/2016 |
| 127 VILLAGE CREEK | | Location: | 1 |
| NEWPORT AR 72112 | | Work Order Number: | 337733 |
| | | Payment Type: | Account |
| Bus Phone: 8706646474 | Bus Phone: 8706646474 | | |
| Prv Phone: | Prv Phone: | Page: | 4 of 8 |

| Make/Model: | | Meter | Serial Number: | EQ Id: | Fleet No: |
|---|---|---|---|---|---|
| JOHN DEERE 9870 | | 1700 | 1H09870SEB0740765 | 740765 | |

Service Reminders:

| | | | | | |
|---|---|---|---|---|---|
| TY25824 | AG-C&CE GREEN 12 OZ AEROSOL | | 1.00 | 9.68 | $9.68 | Y |

| **Miscellaneous** | **Description** | | **Quantity** | **Net Price** | **Extended Price** | **Taxed Ind** |
|---|---|---|---|---|---|---|
| P3750 | FREIGHT | | 1.00 | 411.47 | $411.47 | Y |

**Miscellaneous Charges:**

| Labor: $3,450.00 | Parts: $4,209.10 | OL&M: $0.00 | Misc: $411.47 | Sub-Total: $8,070.57 |
|---|---|---|---|---|

9760 STSF908884  Retail

COMPLAINT:

04 SIEVE FRAME, R&R AUTO ADJUST

CAUSE:

CORRECTION:

Remove chopper.
Remove chaffer.
Remove sieve.
Remove chaffer frame
Remove sieve frame hardware.
Remove sieve frame and disassemble
Reassemble.

| **PartNumber** | **Description** | | **Quantity** | **Net Price** | **Extended Price** | **Taxed Ind** |
|---|---|---|---|---|---|---|
| 03M7307 | BOLT | | 2.00 | 1.03 | $2.06 | Y |
| 14M7296 | M10 GR10.9 FLANGE HEX NUT | | 25.00 | 1.07 | $26.75 | Y |
| 21M7442 | SCREW | | 25.00 | 1.27 | $31.75 | Y |
| AH165012 | MOUNTING P | | 1.00 | 30.39 | $30.39 | Y |
| AH775861 | VANE | | 1.00 | 312.72 | $312.72 | Y |
| AH232285 | SEAL | | 1.00 | 69.34 | $69.34 | Y |
| AH232286 | SEAL | | 1.00 | 69.34 | $69.34 | Y |
| AXE18034 | SHEET | | 1.00 | 550.13 | $550.13 | Y |
| AXE18030 | SHEET | | 1.00 | 457.20 | $457.20 | Y |
| AXE60150 | GUIDE | | 1.00 | 1,741.01 | $1,741.01 | Y |
| H214784 | SEAL | | 2.00 | 19.85 | $39.70 | Y |
| H228439 | REINFORCEM | | 2.00 | 118.36 | $236.72 | Y |
| KXE10094 | SHOE KIT | | 1.00 | 1,864.95 | $1,864.95 | Y |





GREENWAY
EQUIPMENT, INC.

*Helping You Cultivate Success*
PO Box 1830
504 Hwy 367 N
Newport, AR 72112
Phone: (870) 523-2781
Fax:    (870) 523-1959
www.gsgreenway.com

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

JOHN DEERE

| Invoice To Account No: 100002920 | Deliver To: *** PROFORMA INVOICE *** | **SERVICE INVOICE** |
|---|---|---|

| | | |
|---|---|---|
| Quake Lewellyn Farms<br>QUAKE LEWELLYN<br>127 VILLAGE CREEK<br>NEWPORT AR 72112<br><br>Bus Phone: 8706646474<br>Prv Phone: | Quake Lewellyn Farms<br>NEWPORT AR 72112<br><br><br>Bus Phone: 8706646474<br>Prv Phone: | Invoice Number:<br>Invoice Date: 10/18/2016<br>Location: 1<br>Work Order Number: 337733<br>Payment Type: Account<br><br>Page: 5 of 8 |

| Make/Model: | | Meter | Serial Number: | EQ Id: | Fleet No: |
|---|---|---|---|---|---|
| JOHN DEERE 9870 | | 1700 | 1H9870SEB0740785 | 740785 | |

Service Reminders:

| M64720 | RIVET | | | 31.00 | 0.88 | $26.66 | Y |
|---|---|---|---|---|---|---|---|

**Miscellaneous Charges:**

| Labor: $1,725.00 | Parts: $4,980.80 | OL&M: $0.00 | Misc: $0.00 | Sub-Total: $6,705.80 |
|---|---|---|---|---|

9870STSG1040877   Retail

COMPLAINT:

05 SHAKER PAN, R&R

CAUSE:

CORRECTION:

Remove separator side inspection covers.
Remove swing arm hardware.
Remove shaker pan from rear of machine.
Assemble in reverse order.

| Part Number | Description | Quantity | Net Price | Extended Price | Taxed Ind |
|---|---|---|---|---|---|
| 14M7296 | M10 GR10.9 FLANGE HEX NUT | 3.00 | 1.07 | $3.21 | Y |
| 14M7298 | M8 GR10.9 FLANGE HEX NUT | 6.00 | 1.22 | $7.32 | Y |
| 19M7786 | M10X30 GR10.9.9 FLANGE BOLT FT | 4.00 | 1.02 | $4.08 | Y |
| 19M7830 | M16X150 GR10.9.9 FLANGE BOLT | 3.00 | 8.52 | $25.56 | Y |
| 19M70C7 | M0X25 GR10.9.9 FLANGE BOLT FT | 6.00 | 1.37 | $8.22 | Y |
| GREEN | grade 5 hardware | 3.00 | 5.10 | $15.30 | Y |
| H146835 | Bolt | 2.00 | 3.24 | $6.48 | Y |
| H214957 | BOLT | 1.00 | 21.23 | $21.23 | Y |
| PM02204 | Ring | 1.00 | 2.66 | $2.66 | Y |

**Miscellaneous Charges:**

| Labor: $517.50 | Parts: $94.06 | OL&M: $0.00 | Misc: $0.00 | Sub-Total: $611.56 |
|---|---|---|---|---|





**GREENWAY**
EQUIPMENT, INC.

*Helping You Cultivate Success*
PO Box 1890
304 Hwy 367 N
Newport, AR 72112
Phone: (870) 523-2781
Fax: (870) 523-1809
www.gogreenway.com

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

**JOHN DEERE**

**SERVICE INVOICE**

| Invoice to Account No: 100002920 | Deliver To: * * * PROFORMA INVOICE * * * | |
|---|---|---|

| | | |
|---|---|---|
| Quake Lewellyn Farms<br>QUAKE LEWELLYN<br>127 VILLAGE CREEK<br>NEWPORT AR 72112<br><br>Bus Phone: 8706646474<br>Pri Phone: | Quake Lewellyn Farms<br>NEWPORT AR 72112<br><br><br><br>Bus Phone: 8706646474<br>Pri Phone: | Invoice Number:<br>Invoice Date: 10/18/2016<br>Location: 1<br>Work Order Number: 337733<br>Payment Type: Account<br><br>Page: 6 of 8 |

| Make/Model: | | Motor | Serial Number | EQ Id: | Fleet No: |
|---|---|---|---|---|---|
| JOHN DEERE 9870 | | 1700 | 1H9870SEB0740765 | 740765 | |

Service Reminders:

---

**9870STSG1041217  Retail**

COMPLAINT:

06 RETURN SHAKER PAN, R&R(UNDER DISCHARGE BEATER)    2 TECHS REQUIRED

CAUSE:

CORRECTION:

Raise straw chopper.
Remove and replace shaker pan.
Assemble in reverse order.
Test run and check operation.

| PartNumber | Description | Quantity | Net Price | Extended Price | Taxed Ind |
|---|---|---|---|---|---|
| 14M7298 | M8 GR10.9 FLANGE HEX NUT | 8.00 | 1.22 | $9.76 | Y |
| 19M7784 | M10X20 GR10.9.9 FLANGE BOLT FT | 8.00 | 1.57 | $12.56 | Y |
| 19M7800 | SCREW | 5.00 | 1.52 | $7.60 | Y |
| AXE17188 | PAN | 1.00 | 2,846.26 | $2,846.26 | Y |
| H141123 | PUSH NUT | 3.00 | 1.14 | $3.42 | Y |
| H224440 | SPACER | 1.00 | 7.77 | $7.77 | Y |

**Miscellaneous Charges:**

| Labor: $396.75 | Parts: $2,887.37 | OL&M: $0.00 | Misc: $0.00 | Sub-Total: $3,284.12 |
|---|---|---|---|---|

**9870STSG1042493  Retail**

COMPLAINT:

07 LOWER CLEAN GRAIN AUGER, REPLACEHEAVY DUTY

CAUSE:

CORRECTION:





**GREENWAY** EQUIPMENT, Inc.

*Helping You Cultivate Success*
PO Box 1630
304 Hwy 367 N
Newport, AR 72112
Phone: (870) 523-2781
Fax: (870) 523-1059
www.gogreenway.com

"OUR MISSION IS TO EARN THE TRUST AND
RESPECT OF CUSTOMERS AND EMPLOYEES ALIKE"

**JOHN DEERE**

## SERVICE INVOICE

Invoice To Account No: 100002920

| | |
|---|---|
| Quake Lewellyn Farms | |
| QUAKE LEWELLYN | |
| 127 VILLAGE CREEK | |
| NEWPORT AR 72112 | |
| Bus Phone: 8706646474 | |
| Prv Phone: | |

Deliver To: **PROFORMA INVOICE**

| | |
|---|---|
| Quake Lewellyn Farms | |
| NEWPORT AR 72112 | |
| Bus Phone: 8706646474 | |
| Prv Phone: | |

| | |
|---|---|
| Invoice Number: | |
| Invoice Date | 10/18/2016 |
| Location: | 1 |
| Work Order Number: | 337733 |
| Payment Type: | Account |
| Page: | 7 of 8 |

| Make/Model: | Meter | Serial Number: | EQ Id: | Fleet No: |
|---|---|---|---|---|
| JOHN DEERE 9870 | 1700 | 1H09870SEB0740765 | 740765 | |

Service Reminders:
Remove chain at master link.
Remove locking collar, bearings, sprocket, and auger.
Replace parts as needed.
Assemble in reverse order and test run.

| PartNumber | Description | Quantity | Net Price | Extended Price | Taxed Ind |
|---|---|---|---|---|---|
| 03M7184 | M8X20 GR8.8 SN CARRIAGE BOLT FT | 3.00 | 0.96 | $2.88 | Y |
| 03M7194 | M10X40 GR8.8 SN CARRIAGE BOLT FT | 4.00 | 1.08 | $4.32 | Y |
| 03M7214 | Bolt | 4.00 | 1.81 | $7.24 | Y |
| 49M6480 | SHAFT KEY | 2.00 | 3.97 | $7.94 | Y |
| AH133191 | ECCENTRIC | 1.00 | 12.17 | $12.17 | Y |
| AH166638 | CHAIN LINK | 1.00 | 5.78 | $5.78 | Y |
| AH205633 | Sheet | 1.00 | 528.72 | $528.72 | Y |
| AH219600 | BOOT | 1.00 | 776.73 | $776.73 | Y |
| AXE23392 | BEARING WI | 1.00 | 85.81 | $85.81 | Y |
| AXE69539 | Auger | 1.00 | 847.85 | $847.85 | Y |
| H103254 | PRESSED FL | 2.00 | 2.09 | $4.18 | Y |
| H223449 | Reinforcement | 2.00 | 39.66 | $79.32 | Y |
| H226042 | Cover | 1.00 | 128.51 | $128.51 | Y |
| H235101 | Isolator | 1.00 | 21.16 | $21.16 | Y |
| JD39102 | BALL BEARI | 1.00 | 19.69 | $19.69 | Y |
| JD39104 | BALL BEARI | 1.00 | 36.63 | $36.63 | Y |

Miscellaneous Charges:

| | |
|---|---|
| Service Accessories | $25.00 |
| Environmental Fees | $2.00 |

| Labor: $264.50 | Parts: $2,568.93 | OL&M: $0.00 | Misc: $27.00 | Sub-Total: $2,860.43 |
|---|---|---|---|---|

| | |
|---|---|
| Customer PO No: | |
| Tax Exempt No: | |
| Advisor: JESSE GATES | |

| | |
|---|---|
| Labor: | $7,158.75 |
| Parts: | $14,740.26 |
| OL&M: | $0.00 |
| Misc: | $438.47 |
| Sales Tax: | $2,289.69 |
| **Total:** | **$24,627.17** |