IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

QUAKE LEWELLYN                                                                                  PLAINTIFF

V.                                              3:16-cv-353-DPM

SHELTER MUTUAL INSURANCE COMPANY                                      DEFENDANT

## RULE 26(F) REPORT

The parties, by and through their respective counsel, submit the following Rule 26(f) Report pursuant to this Court's Initial Scheduling Order.

1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26 (a):

Response: None.

2. Date when mandatory disclosures were or will be made:

Response: March 20, 2017.

3. Subjects on which discovery may be needed:

Response: This case is somewhat straightforward in that there is a breach of contract of insurance claim and a bad faith insurance claim. We believe the issues for discovery are typical of what would arise in such claims concerning the interpretation of coverage, claims made with

1

respect to coverage by Plaintiff, the defenses by Defendant and the nature of the denial of the claim.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media:

<u>Response</u>: We do not anticipate any unusual electronic or computer-based media production issues.

5. Date by which discovery should be completed:

<u>Response</u>:  The proposed discovery cutoff is February 5, 2018.  We anticipate that discovery could be completed in advance of that, but certainly by that date.

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure:

<u>Response</u>: None.

7. Any Orders, e.g. protective orders, which should be entered:

<u>Response</u>:  A protective order may be necessary and we will endeavor to have a precedent for the Court's consideration soon.

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action:

<u>Response</u>: None.

9. Any objections to the proposed trial date:

<u>Response</u>: Yes.  Respectfully, counsel for the Defendant anticipates that the Friday of that week will conflict with a personal obligation of counsel for the Defendant.

10. Proposed deadline for joining other parties and amending the pleadings:

<u>Response</u>: November 7, 2017.

11. Proposed deadline for completing discovery.

<u>Response</u>: February 5, 2018.

12. Proposed deadline for filing Motions.

<u>Response</u>: March 6, 2018.

13. Proposed amount of time necessary for trial.

<u>Response</u>: 2 days.

Dated: <u>March 6, 2017</u>

Respectfully submitted,

Mark Mayfield (Bar No. 93180)
WOMACK, PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
Post Office Box 3077
Jonesboro, Arkansas 72403
Phone: (870) 932-0900
Fax: (870) 932-2553
mmayfield@wpmfirm.com

By: /s/ Mark Mayfield
    Attorneys for Defendant,
    Shelter Mutual Insurance Company

John D. Pettie (Bar No. 2009188)
PETTIE & MEITZEN, PLLC
Post Office Box 1618
Newport, Arkansas 72112
Phone: (870) 201-1600
Fax: (800) 350-1065

By: /s/ John D. Pettie
    Attorneys for Plaintiff,
    Quake Lewellyn