IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**QUAKE LEWELLYN**                                                                                           **PLAINTIFF**

**VS.**                                           **3:16-CV-353-DPM**

**SHELTER MUTUAL INSURANCE COMPANY**                                     **DEFENDANT**

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES now the Plaintiff, by and through his attorneys, Pettie & Meitzen, PLLC, and for his Motion to Dismiss without Prejudice, states:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Quake Lewellyn (hereinafter "Plaintiff"), hereby moves for dismissal of the above-captioned action without prejudice.

2. A brief in support of this Motion is filed contemporaneously herewith pursuant to Local Rule 7.2

WHEREFORE the Plaintiff, Quake Lewellyn, hereby requests that the Court enter an Order dismissing the case herein without prejudice.

*Respectfully submitted,*

Plaintiff, Quake Lewellyn
By and through his attorneys:

Pettie & Meitzen, PLLC

By: ___*/s/ John D. Pettie*___
Arkansas Bar No. 2009188
111 Laurel Street / P.O. Box 1618
Newport, Arkansas 72112
Phone: (870) 201-1600
Fax: (800) 350-1065
john@pettieandmeitzen.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have, this 28th day of April, 2017, filed the above and foregoing via the CM/ECF System, which shall send electronic notification to:

Mr. Mark Mayfield
Womack, Phelps, Puryear, Mayfield & McNeil, P.A.
P.O. Box 3077
Jonesboro, Arkansas 72403
Phone: (870) 932-0900
Fax: (870) 932-2553
mmayfield@wpmfirm.com
*Attorney for Defendant*

                                                    /s/   *John D. Pettie*