IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

QUAKE LEWELLYN     PLAINTIFF

VS.     3:16-CV-353-DPM

SHELTER MUTUAL INSURANCE COMPANY     DEFENDANT

**BRIEF IN SUPPORT OF
MOTION TO DISMISS WITHOUT PREJUDICE**

This brief is submitted in support of the Plaintiff's Motion to Dismiss Without Prejudice in compliance with Local Rule 7.2. Plaintiff (hereinafter "Quake Lewellyn), by and through his attorneys, Pettie & Meitzen, PLLC, re

FACTS

Plaintiff initiated this cause of action by filing his Complaint in the Circuit Court of Jackson County, Arkansas, on or around November 22, 2016. Defendant filed a timely Answer in state court, and filed its Notice of Removal herein on or around December 20, 2016. The Rule 26(f) Report has been submitted, and the Court has entered a Scheduling Order setting the matter for trial June 4, 2018.

LAW

Fed. R. Civ. P. 41(a) provides that a plaintiff may request an order of the Court dismissing an action.

WHEREFORE, Plaintiff requests that the Court enter an Order dismissing the cause herein without prejudice.

*Respectfully submitted,*

Plaintiff, Quake Lewellyn
By and through his attorneys:

Pettie & Meitzen, PLLC


By: ___/s/ *John D. Pettie*___
Arkansas Bar No. 2009188
111 Laurel Street / P.O. Box 1618
Newport, Arkansas 72112
Phone: (870) 201-1600
Fax: (800) 350-1065
john@pettieandmeitzen.com


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have, this 28th day of April, 2017, filed the above and foregoing via the CM/ECF System, which shall send electronic notification to:

Mr. Mark Mayfield
Womack, Phelps, Puryear, Mayfield & McNeil, P.A.
P.O. Box 3077
Jonesboro, Arkansas 72403
Phone: (870) 932-0900
Fax: (870) 932-2553
mmayfield@wpmfirm.com
*Attorney for Defendant*

/s/ John D. Pettie