IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

QUAKE LEWELLYN                                                      PLAINTIFF

v.                          No. 3:16-cv-353-DPM

SHELTER MUTUAL INSURANCE
COMPANY                                                             DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2017